# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CV-117-RJC-DCK

| | |
|---|---|
| ANDREW PERRONG, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| XOOM ENERGY LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by Karl S. Gwaltney, Esq., concerning Anthony Paronich, on March 22, 2021. Anthony Paronich seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Anthony Paronich is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: March 22, 2021

David C. Keesler
United States Magistrate Judge