IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XOOM ENERGY, LLC,<br><br>Defendant. | Civil Action No. 3:21-cv-00117-RJC-DCK |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff files this Stipulation of Dismissal with prejudice against Xoom Energy, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. The putative class claims are dismissed without prejudice.

Dated: September 28, 2021    PLAINTIFF,

By:

*/s/ Karl S. Gwaltney*
Karl S. Gwaltney, *Local Counsel*
Maginnis Howard
7706 Six Forks Road, Suite 310
Raleigh, NC 27615
(919) 526-0450
kgwaltney@maginnishoward.com

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *pro hac vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT

/s/Ryan C. Grover
Marla T. Reschly
N.C. Bar No. 46706
Ryan C. Grover
N.C. Bar No. 53703
K&L GATES LLP
300 South Tryon St.
Suite 1000
Charlotte, North Carolina 28202
Telephone: 704-331-7400
Facsimile: 704-353-3117
Email:  marla.reschly@klgates.com
Email:  ryan.grover@klgates.com

*Attorneys for Defendant XOOM Energy, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Karl S. Gwaltney*
Karl S. Gwaltney